# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENIA MICHELLE GALINDO (2),<br><br>　　　　Defendant. | Case No.: 23CR1319-RSH<br><br>**JUDGEMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS DEFENDANT KENIA MICHELLE GALINDO WITHOUT PREJUDICE** |

Upon Motion of the United States, and good cause appearing therefrom, IT IS HEREBY ORDERED THAT the Information against Defendant KENIA MICHELLE GALIND in this case is dismissed without prejudice.

DATED: 9/14/23

*Robert S Huie*
_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE